# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 216 MAL 2014 |
| Respondent | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| TERRY ALLEN DREIBELBIS, | |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.